1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES TROTTER,

11              Plaintiff,                    No. CIV S-10-2732 GGH P

12        vs.

13   F. GONZALEZ, Warden, et al.,

14              Defendants.                   ORDER

15   _____/

16              Plaintiff has submitted a filing wherein he appears to be requesting an extension

17   of time to file an amended complaint pursuant to the court's order of January 4, 2011, and also

18   seeks the appointment of counsel.  On the other hand, his extended request for an extension of

19   time includes allegations that plaintiff may intend to serve as his amended complaint.  The court

20   will grant plaintiff an extension of time, but should he intend the January 31, 2011, filing to serve

21   as his amended complaint, the court will screen that document, should plaintiff fail to file an

22   amended complaint subsequent to this order.

23              As to his request for the appointment of counsel, plaintiff is informed that the

24   United States Supreme Court has ruled that district courts lack authority to require counsel to

25   represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296,

26   298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance

     of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir.

1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's motion for the appointment of counsel will therefore be denied.

     Accordingly, IT IS HEREBY ORDERED that:

     1.  Plaintiff's January 31, 2011 (docket # 10) motion for an extension of time (Docket No. 10) is granted;

     2.  Plaintiff is granted until March 1, 2011 to file an amended complaint; should plaintiff fail to file an amended complaint within time, the court will proceed to screen his filing at docket # 10 as his amended complaint; and

     3.  Plaintiff's January 31, 2011 (docket # 10) motion for the appointment of counsel is denied.

DATED: February 7, 2011

          /s/ Gregory G. Hollows

          GREGORY G. HOLLOWS
          UNITED STATES MAGISTRATE JUDGE

GGH:mp
trot2732.36