1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES TROTTER,

11            Plaintiff,                    No. CIV S-10-2732 GGH P

12       vs.

13   F. GONZALEZ, Warden, et al.,

14            Defendants.                   ORDER

15   _____/

16          This case was dismissed for plaintiff's failure to state a claim upon which relief

17   can be granted by Order, filed on July 8, 2011, and judgment thereon entered.[1]  After plaintiff, a

18   state prisoner who proceeded pro se and in forma pauperis in the district court, filed a notice of

19   appeal, the Ninth Circuit referred this matter "for the limited purpose of determining whether in

20   forma pauperis status should continue for this appeal or whether the appeal is frivolous on taken

21   in bad faith."  Docket # 27.

22          The Court of Appeals cites 28 U.S.C. § 1915(a)(3) and Hooker v. American

23   Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002).  Id.  Section 1915(a)(3) states:"[a]n appeal may

24   not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good

25   _____

26          [1] Plaintiff consented to the jurisdiction of the undersigned.  Docket # 3.

                                           1

1   faith."  Hooker is referenced for the principle that "revocation of forma pauperis status is

2   appropriate where district court finds the appeal to be frivolous." [2]  Id.  The Court of Appeals

3   requested notification of this court's determination within 21 days whether in forma pauperis

4   status should be revoked on appeal, failing which plaintiff/appellant's in forma pauperis status

5   would be continued automatically.  Id., citing Fed. R. App. P. 24(a).  After review of the record

6   herein, the court has determined that plaintiff's appeal is not taken in good faith, this case, as

7   previously noted, having been dismissed for plaintiff's failure to state a claim upon which relief

8   can be granted.  As noted in the Order dismissing the case (docket # 22, p. 6), "[p]laintiff has

9   failed to frame colorable claims within his amended complaint and the court finds that further

10  leave to amend would be futile."    In sum, the amended complaint was not decipherable.

11          Accordingly, IT IS ORDERED that the Clerk of the Court is to serve this response

12  to the Ninth Circuit's August 9, 2011 (docket # 27), Referral Notice for Appellate Case No. 11-

13  16872, upon the Ninth Circuit.

14  DATED: August 12, 2011                         /s/ Gregory G. Hollows

15                                                  _____
                                                    GREGORY G. HOLLOWS
16  GGH:009                                         UNITED STATES MAGISTRATE JUDGE
    trot2732.ngf

17

18

19

20

21

22

23

24

25      [2] In Hooker, the Ninth Circuit held that plaintiff/appellant was entitled to in forma
    pauperis status for the entire appeal because the district court had found portions of the appeal
26  were taken in good faith.  302 F.3d at 1092.

2